United States Bankruptcy Court
Eastern District of North Carolina

In re:  
Shelia Smith  
       Debtor

Case No. 14-00231-RDD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0417-5     User: king_do     Page 1 of 1     Date Rcvd: Feb 19, 2014  
                       Form ID: van107     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2014.  
db          +Shelia Smith,    3096 Poole Road,    Kinston, NC 28504-5917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2014 at the address(es) listed below:  
         Robert R Browning, Interim Trustee     chapter13@suddenlinkmail.com  
                                                                                     TOTAL: 1

**VAN–107** Deficiency Notice – Rev. 12/18/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

|  |  |
|---|---|
|  | CASE NO.: 14–00231–5–RDD |
| IN RE: | DATE FILED: January 13, 2014 |
|  | CHAPTER: 13 |

| | |
|---|---|
| Shelia Smith<br>( debtor has no known aliases )<br>3096 Poole Road<br>Kinston, NC 28504 | Debtor represented by:<br>Shelia Smith<br>3096 Poole Road<br>Kinston, NC 28504 |

Trustee:
Robert R Browning, Interim Trustee
PO Box 1618
New Bern, NC 28563

### DEFICIENCY NOTICE

To: Shelia Smith

Re: Schedules and Statements Filed by Shelia Smith.

   (Schedule I–Item 13; Schedule J–Item 24) all required

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **March 5, 2014** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Item 13 on Schedule I has not been completed. Therefore, the schedule should be amended. Pursuant to {Section}521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition

DATED: February 19, 2014

                                                                Donna King
                                                                Deputy Clerk