United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                    Case No. 14-00231-RDD
Shelia Smith                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: morris_sh          Page 1 of 1          Date Rcvd: Jul 10, 2014
                              Form ID: pdf021          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2014.
db              +Shelia Smith,    3096 Poole Road,    Kinston, NC 28504-5917
4868217         +Veriquest Mortgage,    13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4870873         +E-mail/Text: rjm@ebn.phinsolutions.com Jul 11 2014 02:04:48      Rjm Acquisitions Llc,
                 575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
                                                                                        TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2014 at the address(es) listed below:
          Joseph A. Bledsoe, III    chapter13@suddenlinkmail.com
                                                                                        TOTAL: 1

**SO ORDERED.**

**SIGNED this 10 day of July, 2014.**

_____
**Randy D. Doub**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

**IN RE:**                                                    **CASE NO.:**

Shelia Smith                                              14-00231-5-RDD

                **DEBTOR**                                **CHAPTER 13**


### ORDER GRANTING MOTION TO SET ASIDE DISMISSAL


This matter coming on before the Court upon the Motion to Set Aside Dismissal filed by the debtor, and after reviewing the file, the Court finds the following facts:

1. It appears from the motion that it is made for good cause and that the relief requested should be allowed.

2. That the Chapter 13 Trustee does not object to the Motion to Set Aside Dismissal.

Based upon the foregoing, it is hereby **ORDERED** that the Court shall set aside the Order Dismissing Case and the Order Dismissing Case dated May 20, 2014, be and the same hereby is, REVOKED.


**END OF DOCUMENT**